```
____ Priority
____ Send
____ Clsd
__✓_ Enter
__✓_ JS-5/JS-6
____ JS-2/JS-3
```

FILED
CLERK, U.S. DISTRICT COURT

JAN 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BLAND,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY ROBLES; JEFFREY RAND; and THE CITY OF HAWTHORNE,<br><br>    Defendants. | CASE NO.:<br><br>CV 07-00387-GHK (PLAx)<br><br>JUDGMENT |

Pursuant to our January 3, 2008 Order re: Defendants' Motion for Summary Judgment, **IT IS HEREBY ADJUDGED** that Plaintiff's federal claims are dismissed, with prejudice. Pursuant to our March 15, 2007 Order re: Motion to Dismiss, Plaintiff's state law claims are dismissed, with prejudice.

//
//
//
//
//
//
//

1 | Plaintiff shall take nothing by his Complaint and Defendants shall have judgment
2 | against Plaintiff.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED: January 3, 2008

_____
GEORGE H. KING
United States District Judge